UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

TAMEKA LINDO,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**AMENDED FINAL ORDER OF FORFEITURE**

19 Cr. 240 (VSB)

        WHEREAS, on or about August 25, 2023, this Court entered a Final Order of Forfeiture (D.E. 57) (the "Final Order of Forfeiture") forfeiting all right, title and interest in certain specific property to the United States, including $64,625.58 in United States currency, formerly held by Northwestern Mutual Insurance Company in Account No. 22-195-36, insured in the name of TAMEKA LINDO and naming Tameka Lindo as beneficiary (the "Forfeited Funds");

        WHEREAS, the description of the Forfeited Funds contained a clerical error which incorrectly stated the amount of the Forfeited Funds to be $64,625.58 in United States currency, when the correct amount is in fact $67,625.58 in United States currency; and

        WHEREAS, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, "the court may at any time correct a clerical error in a judgment, order, or other part of the record";

        NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

        1.     All right, title and interest in $67,625.58 in United States currency, formerly held by Northwestern Mutual Insurance Company in Account No. 22-195-36, insured in the name of TAMEKA LINDO and naming Tameka Lindo as beneficiary (the "Amended Forfeited Funds") is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall be and is hereby deemed to have clear title to the Amended Forfeited Funds.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Amended Forfeited Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Final Order of Forfeiture (D.E. 57) is amended only with respect to the amount of funds forfeited (now the Amended Forfeited Funds) and in all other respects remains in full force and effect.

Dated: New York, New York
   <u>February 6</u>, 2024

            SO ORDERED:

            _____
            HONORABLE VERNON S. BRODERICK
            UNITED STATES DISTRICT JUDGE